DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEFAN JOHNSON,**
Appellant,

v.

**THE GEO GROUP, INC.,**
Appellee.

No. 4D22-1182

[January 4, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard L. Oftedal, Senior Judge; L.T. Case No. 50-2021-CA-008900-XXXX-MB.

Stefan Johnson, South Bay, pro se.

No appearance for appellee.

PER CURIAM.

Affirmed, without prejudice to file a motion for relief pursuant to Florida Rule of Civil Procedure 1.540.

KLINGENSMITH, C.J., WARNER and GERBER, JJ., concur.

\*　　　\*　　　\*

*Not final until disposition of timely filed motion for rehearing.*